UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRACY JEAN DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER WILLIAMS, KOCH COMPANIES, INC., and STAN KOCH & SONS TRUCKING, INC.<br><br>Defendants. | : | Case No.: 1:20-cv-1227<br><br>Judge:<br>Magistrate:<br><br>**NOTICE OF REMOVAL** |

Under 28 U.S.C. §§ 1446 and 1441 and with full reservation of any and all defenses, objections, and exceptions, including without limitation: to service, personal jurisdiction, venue, and statute of limitations, Defendants Christopher Williams, Koch Companies, Inc., and Stan Koch & Sons Trucking, Inc. provide this Notice of Removal of this civil action to the United States District Court for the Southern District of Indiana, for the following reasons:

**REMOVAL IS TIMELY UNDER 28 U.S.C. § 1446**

1. On or about March 19, 2020, Plaintiff Tracy Jean Davis filed an action in the Tippecanoe County Circuit Court I, State of Indiana, captioned *Tracy Jean Davis v. Christopher Williams, et al.*, Cause No. 79D01-2003-CT-000051 ("the State Court Action"). Under 28 U.S.C. § 1446(a), Plaintiff's Complaint is attached as part of Ex. A to this Notice of Removal.

2. Defendants were served with a copy of the Complaint on or about March 26, 2020. A true and accurate copy of the State Court Action docket is attached as Ex. B. Defendants timely filed answers within the State Court Action.

3. On April 21, 2020, counsel for Plaintiff Tracy Jean Davis confirmed that her client is seeking in excess of $75,000 in damages for an alleged traumatic brain injury following

a motor vehicle accident with Defendants' tractor-trailer. A true an accurate copy of that email correspondence is attached as Ex. C. The Indiana Officer's Standard Crash Report notes that Plaintiff Tracy Jean Davis was transported from the accident scene with pain on her left side, including neck, hop, knee/leg, and ribs. Further, the impact caused her vehicle's steering wheel to be hanging down and almost fell off. (*See* Indiana Officer's Standard Crash Report, attached as Ex. D).

4. This Notice of Removal is filed with this Court within 30 days of the case becoming removable and within one year of the commencement of the state court action. Therefore, this Notice is timely filed under 28 U.S.C. § 1446(b).

**DIVERSITY OF CITIZENSHIP EXISTS UNDER 28 U.S.C. § 1332**

5. Plaintiff Tracy Jean Davis is a citizen of Indiana who resides at 3616 Thorn Hill Circle West, Lafayette, Indiana 47909. (*See* State Court Action Docket, attached as Ex. B).

6. Defendant Christopher Williams is a Texas citizen who resides at 403 North I 45, Ennis, Texas 75119. (Ex. B).

7. Defendant Koch Companies, Inc. is a Minnesota corporation with its principal place of business located at 4370 West Round Lake Road, Arden Hills, Minnesota 55112. (Ex. B).

8. Defendant Stan Koch and Sons Trucking, Inc. is a Minnesota corporation with its principal place of business located at 4200 Dahlberg Drive, Golden Valley, Minnesota 55422. (Ex. B).

9. No Defendant in this case is a citizen of the State of Indiana

10. Therefore, complete diversity exists between the parties.

**AMOUNT IN CONTROVERSY EXCEEDS $75,000**

11. The Complaint alleges claims of negligence against Defendant Christopher Williams and vicarious liability against Stan Koch & Sons Trucking, Inc. from a motor vehicle accident on April 28, 2018, in Indianapolis, Marion County, Indiana. (Ex. A).

12. The Indiana Officer's Standard Crash Report notes that Plaintiff Tracy Jean Davis was transported from the accident scene with pain on her left side, including neck, hop, knee/leg, and ribs. Further, the impact caused her vehicle's steering wheel to be hanging down and almost fell off. (*See* Indiana Officer's Standard Crash Report, attached as Ex. D).

13. In addition to the injuries listed above, on April 21, 2020, counsel for Plaintiff Tracy Jean Davis confirmed that her client is seeking in excess of $75,000 in damages for an alleged traumatic brain injury following a motor vehicle accident with Defendants' tractor-trailer. A true an accurate copy of that email correspondence is attached as Ex. C.

14. If all of defendants' defenses fail and if Plaintiffs prove all of their damages, the damages could exceed $75,000, exclusive of interest and costs. Therefore, the amount in controversy in the state court action, exclusive of interest and costs, exceeds $75,000.

**DIVERSITY JURISDICTION IS SATISFIED**

15. Based upon the above, this Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1332 because the Complaint presents a case where the amount in controversy exceeds $75,000 and is between citizens of different states.

16. Defendants will promptly file this Notice with the Clerk of the Circuit Court for Tippecanoe County as required by 28 U.S.C. § 1446(d).

17. Copies of all process and pleadings filed and received to date in the State Court Action are attached as Exhibit E.

**CONSENT TO REMOVAL**

18. All Defendants are represented by the undersigned counsel and consent to remove this action; therefore, unanimity exists under 28 U.S.C. § 1446(b)(2)(A), (C) and this case is properly removed to the United States District Court for the Southern District of Indiana.

WHEREFORE, Defendants Christopher Williams, Koch Companies, Inc., and Stan Koch & Sons Trucking, Inc. respectfully request that the above numbered cause on the docket of the Tippecanoe Circuit Court, State of Indiana, be removed from that Court to the docket of the United States District Court for the Southern District of Indiana.

Respectfully submitted,

*/s/ Brian J. Pokrywka*
BRIAN J. POKRYWKA (31080-15)
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
250 East Fifth Street, Suite 2000
Cincinnati, OH 45202
Phone: (513) 808-9911
Fax: (513) 808-9912
brian.pokrywka@lewisbrisbois.com
*Counsel for Defendants Christopher Williams, Koch Companies, Inc., and Stan Koch & Sons Trucking, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via electronic mail this 22nd day of April, 2020 to:

Susannah M. Hall-Justice
200 Ferry Street, Suite A
P.O. Box 1218
Lafayette, IN 47902
Susannah@halljustice.com
*Attorney for Plaintiff*

*/s/ Brian J. Pokrywka*
BRIAN J. POKRYWKA

# EXHIBIT A

79D01-2003-CT-000051
Filed: 3/19/2020 8:45 AM
Clerk
Tippecanoe Superior Court 1
Tippecanoe County, Indiana

STATE OF INDIANA ) TIPPECANOE COUNTY CIRCUIT COURT I
)
COUNTY OF TIPPECANOE ) SS: TO THE 2020 TERM
)
TRACY JEAN DAVIS, ) CAUSE NO. 79C01-2003-CT-
)
)
)
V. )
)
CHRISTOPHER WILLIAMS, KOCH )
COMPANIES, INC. and )
STAN KOCH & SONS TRUCKING, INC. )

**COMPLAINT**

Plaintiff, by counsel, for cause of action states:

General Allegations

1) On April 28, 2018, Defendant, Christopher Williams was driving a semi-tractor trailer in Tippecanoe County Indiana. and according to witnesses disregarded the stop sign striking the plaintiff's vehicle at U.S. 231 and County Road 500 S.

2) At the time Christopher Williams was employed by Stan Koch &Sons Trucking, Inc. to drive semi-tractor trailers.

3) Koch Companies, Inc. owns Stan Koch & Sons Trucking, Inc.

Negligence

1) Christopher Williams disregarded a stop sign.

2) Christopher Williams failed to keep a proper look-out.

3) Christopher Williams struck Tracy J. Davis' vehicle.

4) The force of the semi tractor trailer striking the Plaintiff's vehicle required the Plaintiff to be transported to the hospital emergency room for treatment for her injuries.

5) As a direct and proximate result of this negligence, Plaintiff was injured, incurred medical expenses, lost income from work and other damages yet to be ascertained.

WHEREFORE, Plaintiff demands damages from the Defendants in an amount sufficient to compensate her for her losses, for her costs, and all other relief in the premises. Plaintiff demands trial by jury on all issues.

Respectfully submitted,

/s/Susannah M. Hall-Justice
Susannah M. Hall-Justice
Attorney No. 20153-79
Attorney for Tracy Davis
Hall-Justice Law Firm
200 Ferry Street, Suite A
P.O. Box 1218
Lafayette, IN 47902
Ph.: (765) 742-2987
Fax: (765) 420-0948

**CERTIFICATE OF SERVICE**

I hereby certify that I requested copies of the foregoing be served upon Mr. Christopher Williams, 403 N. I-45 Ennis, TX 75119, Mr. Dave Koch, Koch Companies, Inc., 4370 W Round Lake Rd., Arden Hills, MN 55112, and Mr. Dave Koch, Stan Koch & Sons Trucking, Inc., 4200 Dahlberg Dr., Golden Valley, MN 55421 via certified mail on March 19, 2020.

/s/Susannah M. Hall-Justice
Susannah M. Hall-Justice

# EXHIBIT B



www.doxpop.com
(866) 369-7671

**Tippecanoe Superior Court 1** Information current as of 4/22/20, 9:54 AM EDT

**79D01-2003-CT-000051**

Tracy Jean Davis v. Christopher Williams, Koch Companies, Stan Koch & Sons Trucking, Inc.

File date: 03/19/2020 Disposition Date:

### Parties Involved

| Attorneys: | Parties: |
|---|---|
| Hall-Justice, Susannah M [Attorney]<br>Address:<br>200 Ferry St., Suite A<br>PO Box 1218<br>Lafayette , IN 47902<br><br>Phones:<br>Unknown (Fax): 765-420-0948<br>Work (Phone): 765-742-2987<br><br>State Bar ID: 2015379 | Davis, Tracy Jean [Plaintiff]<br>Address:<br>3616 Thorn Hill Circle West<br>Lafayette , IN 47909 |
| Pokrywka, Brian Joseph [Attorney]<br>Address:<br>36 East Seventh Street<br>Suite 2100<br>Cincinnati , OH 45202<br><br>Phones:<br>Unknown (Fax): 513-241-8775<br>Work (Phone): 513-241-4722<br><br>State Bar ID: 3108015 | Koch Companies [Defendant]<br>Address:<br>4370 W. Round Lake Rd.<br>Arden Hills , MN 55112 |
| | Stan Koch & Sons Trucking, Inc. [Defendant]<br>Address:<br>4200 Dahlberg Dr.<br>Golden Valley , MN 55421 |
| | Williams, Christopher [Defendant]<br>Address:<br>403 N. 1-45<br>Ennis , TX 75119 |

### Hardcopy References

No documents available for this case

### Calendar Entries

No calendar entries exist for this case

### Minute Entries

(Most recent at top)

Minute Date: ***4/15/2020***
Input Date: ***Unavailable***
Type: **Subpoena/Summons Filed**

Amended Summons
Filed By: Davis, Tracy Jean
File Stamp: 04/15/2020

Minute Date: ***4/15/2020***
Input Date: ***Unavailable***
Type: **Subpoena/Summons Filed**

Amended Summons
Filed By: Davis, Tracy Jean
File Stamp: 04/15/2020

Minute Date: ***4/14/2020***
Input Date: ***Unavailable***
Type: **Service Returned Served (E-Filing)**

Affidavit of service
Filed By: Davis, Tracy Jean
File Stamp: 04/10/2020

Minute Date: ***4/14/2020***
Input Date: ***Unavailable***
Type: **Service Returned Served (E-Filing)**

Affidavit of service
Filed By: Davis, Tracy Jean
File Stamp: 04/10/2020

Minute Date: ***4/14/2020***
Input Date: ***Unavailable***
Type: **Answer to a Complaint Filed**

Defendants' Answer
Filed By: Koch Companies
Filed By: Stan Koch & Sons Trucking, Inc.
File Stamp: 04/10/2020

Minute Date: ***4/14/2020***
Input Date: ***Unavailable***
Type: **Appearance Filed**

Appearance
For Party: Koch Companies
For Party: Stan Koch & Sons Trucking, Inc.
File Stamp: 04/10/2020

Minute Date: ***3/19/2020***
Input Date: ***Unavailable***
Type: **Case Opened as a New Filing**

Minute Date: ***3/19/2020***
Input Date: ***Unavailable***
Type: **Appearance Filed**

Appearance
For Party: Davis, Tracy Jean
File Stamp: 03/19/2020

Minute Date: ***3/19/2020***
Input Date: ***Unavailable***
Type: **Complaint/Equivalent Pleading Filed**

Complaint
Filed By: Davis, Tracy Jean
File Stamp: 03/19/2020

Minute Date: ***3/19/2020***
Input Date: ***Unavailable***
Type: **Subpoena/Summons Filed**

Summons
Filed By: Davis, Tracy Jean
File Stamp: 03/19/2020

Minute Date: ***3/19/2020***
Input Date: ***Unavailable***
Type: **Subpoena/Summons Filed**

Summons
Filed By: Davis, Tracy Jean
File Stamp: 03/19/2020

Minute Date: ***3/19/2020***
Input Date: ***Unavailable***
Type: **Subpoena/Summons Filed**

Summons
Filed By: Davis, Tracy Jean
File Stamp: 03/19/2020

## Financial Information

No financial information available for this case

# EXHIBIT C

## Fonnesbeck, Kristen

| | |
|---|---|
| **From:** | Pokrywka, Brian |
| **Sent:** | Wednesday, April 22, 2020 12:50 PM |
| **To:** | Fonnesbeck, Kristen |
| **Subject:** | FW: Tracy Davis v. Christopher Williams and Koch Trucking |

**Brian J. Pokrywka**
**Partner PLEASE NOTE WE HAVE MOVED**
Cincinnati
513.808.9916 or x5139916

**From:** Susannah@halljustice.com [mailto:susannah@halljustice.com]
**Sent:** Tuesday, April 21, 2020 4:57 PM
**To:** Pokrywka, Brian
**Subject:** [EXT] Tracy Davis v. Christopher Williams and Koch Trucking




Dear Brian,

From our conversation I understand that good service has been had on both Defendants and that you are representing them both. Since the Plaintiff is still being treated for her brain injury it appears that the damages are in excess of $75,000.00.

Sincerely,

**Susannah M. Hall-Justice**
Attorney

200 Ferry Street
Suite A
P.O. Box 1218
Lafayette, IN 47902
765-742-2987
www.HallJustice.com




*A referral is the greatest compliment you could give us.*
*If you know someone in need of our services, we welcome the opportunity to help.*

This e-mail message is intended only for the use of the individual or entity to which the transmission is addressed. Any interception may be a violation of law. If you are not the intended recipient, any dissemination, distribution or copying of this e-mail is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the document.

# EXHIBIT D

# INDIANA OFFICER'S STANDARD CRASH REPORT

**Electronic Version**

**903141089**

| Page | 1 | of | 4 |
|---|---|---|---|

Local ID: 2018001864

| Date of Crash | Day of Week | Actual Local Time | County | Township | # Motor Vehicles | # Injured | # Dead | # Commercial Vehicles | # Door |
|---|---|---|---|---|---|---|---|---|---|
| 04/28/2018 | Sat | 4:36 PM | TIPPECANOE | WEA | 2 | 1 | 0 | 1 | 0 |

| Road Crash Occurred On | Nearest/Intersecting Road/MileMarker/Interchange | If not an intersection, number of feet from | Direction | Road Classification |
|---|---|---|---|---|
| US231 | CR500S | | | US ROUTE |

| Inside Corporate Limits? | City/Town or Nearest City/Town | Property? | Crash Latitude | Crash Longitude |
|---|---|---|---|---|
| NO | LAFAYETTE | | 0 | -0 |

| Driver #1 | Driver #2 | Driver #3 | Driver #4 |
|---|---|---|---|
| WILLIAMS,CHRISTOPHER,R | DAVIS,TRACY,J | | |

## Driver Contributing Circumstances

| | Primary Cause | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| Alcoholic Beverages | | | | | |
| Illegal Drugs | | | | | |
| Prescription Drugs | | | | | |
| Driver Asleep or Fatigued | | | | | |
| Driver Illness | | | | | |
| Unsafe Speed | | | | | |
| Failure to Yield | | | | | |
| Disregard Signal | ✓ | ✓ | | | |
| Left of Center | | | | | |
| Improper Passing | | | | | |
| Improper Turning | | | | | |
| Improper Lane Usage | | | | | |
| Following Too Closely | | | | | |
| Unsafe Backing | | | | | |
| Overcorrecting | | | | | |
| Ran off Road | | | | | |
| Wrong Way on One Way | | | | | |
| Pedestrian's Action | | | | | |
| Passenger Distraction | | | | | |
| Restriction Violation | | | | | |
| Jackknifing | | | | | |
| Cell Phone Usage | | | | | |
| Other Telematics | | | | | |
| Driver Distracted | | | | | |
| Speed/Weather Conditions | | | | | |
| Unsafe Lane Movement | | | | | |
| Other | | | | | |
| None | | | ✓ | | |

## Vehicle Contributing Circumstances

| | Primary Cause | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| Engine Failure or Defective | | | | | |
| Accelerator Failure or Defective | | | | | |
| Brake Failure or Defective | | | | | |
| Tire Failure or Defective | | | | | |
| Headlight(s) Defective or Not On | | | | | |
| Other Lights Defective | | | | | |
| Steering Failure | | | | | |
| Window/Windshield Defective | | | | | |
| Oversize/Overweight Load | | | | | |
| Insecure/Leaky Load | | | | | |
| Tow Hitch Failure | | | | | |
| Other | | | | | |
| None | | ✓ | ✓ | | |

## Environment Contributing Circumstances

| | Primary Cause | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| Glare | | | | | |
| Roadway Surface | | | | | |
| Holes/Ruts in Surface | | | | | |
| Shoulder Defective | | | | | |
| Road Under Construction | | | | | |
| Severe Crosswinds | | | | | |
| Obstruction Not Marked | | | | | |
| Lane Marking Obscured | | | | | |
| View Obstructed | | | | | |
| Animal/Object in Roadway | | | | | |
| Traffic Ctl Inop/Missing/Obscure | | | | | |
| Utility Work | | | | | |
| Other | | | | | |
| None | | ✓ | ✓ | | |

## Area Information

| | |
|---|---|
| Hit and Run | NO |
| School Zone | NO |
| Rumble Strips | NO |
| Locality | URBAN |
| Light Condition | DAYLIGHT |
| Weather Conditions | CLEAR |
| Surface Condition | DRY |
| Type of Median | NONE |
| Type of Roadway Junction | FOUR-WAY INTERSECTION |
| Road Character | STRAIGHT/LEVEL |
| Roadway Surface | ASPHALT |
| Construction | NO |
| If Yes, Construction Type | |
| Traffic Control Devices | STOP SIGN |
| Traffic Control Device Operational? | NA |
| Was this crash the result of aggressive driving? | NO |

Total Estimate of all damage in the Crash: $2501 TO $5000

| Other Property Damage (1) | State Property | Owner's Name and Address |
|---|---|---|
| | | |

| Other Property Damage (2) | State Property | Owner's Name and Address |
|---|---|---|
| | | |

## Witness/Other Participant

| Witness / Other Participant | # | Name |
|---|---|---|
| ✓ Witness | 1 | MCCLELLAN KEVIN R |

Address etc.: 5205 AUTUMN LN LAFAYETTE IN 47909

Phone #: 7654042684 — Location at Time of Crash: BEHIND SEMI DRIVER

| Witness / Other Participant | # | Name |
|---|---|---|
| ✓ Witness | 2 | BAILEY LAURA E |

Address etc.: 3124 COPPERGATE CIR LAFAYETTE IN 47909

Phone #: 7654212473 — Location at Time of Crash: IN FRONT OF V2

## Non-Motorist

| | |
|---|---|
| (Last Name, First Name, MI) | |
| Non-Motorist Type | |
| Non-Motorist Action | |
| Apparent Physical Condition | |
| Cited? | |
| Direction | |
| Street/Highway | |
| Traffic Control? | |
| If yes, was traffic control operational? | |

Official copy obtained through BuyCrash.com

| Local ID | 903141089 | Page 2 of 4 |
|---|---|---|
| 2018001864 | | |

**Type of Crash** RIGHT ANGLE

| Time Notified | Time Arrived | Other Location of Investigation |
|---|---|---|
| 4:37 PM | 4:41 PM | SAINT ELIZABETH HOSPITAL, ER ROOM 3 |

| Assisting Officer | ID No. | Agency | Investigation Complete? | Photos Taken? |
|---|---|---|---|---|
| BUTTS, TRAVIS LEE | 7917 | TIPPECANOE SD | YES | YES |
| **Assisting Officer** | **ID No.** | **Agency** | **Date of Report** | |
| | | | 04/28/2018 | |
| **Investigating Officer** | **ID No.** | **Agency** | **Reviewing Officer** | |
| MINOTT, J | 7923 | TIPPECANOE SD | RICKS J | |

## Narrative

V1 WAS TRAVELING WEST ON 500 S WHEN IT DISREGARDED THE STOP SIGN AT OLD US HWY 231 S, STRIKING V2. V1 RAN THROUGH THE STOP SIGN AND STRUCK V2 ON THE DRIVER`S SIDE PASSENGER DOOR, SPINNING THE CAR 180 DEGREES. V1 CAME TO FINAL REST AFTER IMPACT AND SUSTAINED MODERATE FRONT END DAMAGE. D1 STATED HE WAS DRIVING WEST AND LOOKED AWAY FOR A BRIEF SECOND AND THEN REALIZED HE WAS ABOUT TO RUN THROUGH THE STOP SIGN. D1 STATED HE ATTEMPTED TO STOP, BUT WAS TOO CLOSE TO THE INTERSECTION AND SKIDDED INTO THE V2. D1 STATED HE WAS LOADED WITH APPROXIMATELY 23,000LBS IN HIS TRAILER AND JUST PICKED UP THE LOAD FROM LAFAYETTE, IN. D1 STATED HE HAD JUST BEGUN DRIVING AND HAD SLEPT APPROXIMATELY 8-9 HOURS BEFORE STARTING HIS WORK DAY. D1 FURTHER SAID THAT HE HAD NOT BEEN DRINKING AND WAS NOT FEELING TIRED. D2 STATED SHE WAS TRAVELING SOUTH ON US HWY 231 S AND WAS STRUCK AS SOON AS SHE ENTERED THE INTERSECTION. D2 WAS CONFUSED AND SUSTAINED SEVERAL INJURIES FROM THE SIDE IMPACT. D2 SAID SHE WAS ATTEMPTING TO TURN EAST ON 500 S BEFORE SHE WAS HIT BY THE SEMI. D2 WAS TRANSPORTED TO THE HOSPITAL BY HER BOYFRIEND FOR FURTHER TREATMENT. SHE STATED THAT HER ENTIRE LEFT SIDE OF HER BODY WAS IN PAIN TO INCLUDE; NECK, HIP, KNEE/LEG AND RIBS. V2 SUSTAINED SIGNIFICANT DAMAGE. IT SHOULD BE NOTED THAT THE STEERING WHEEL WAS HANGING DOWN AND HAD ALMOST FALLEN COMPLETELY OFF. WITNESS 1, KEVIN MCCLELLAN, STATED HE WAS DRIVING BEHIND THE SEMI AND WITNESSED THE TRUCK RUN THROUGH THE STOP SIGN, STRIKING V2. WITNESS 2, LAURA BAILEY, STATED SHE DROVE THROUGH THE INTERSECTION RIGHT BEFORE V2 AND OBSERVED THE CRASH HAPPEN RIGHT BEHIND HER. LAURA SAID SHE SAW THE SEMI DISREGARD THE STOP SIGN AND STRIKE V2.

Official copy obtained through BuyCrash.co

UNIT INFORMATION

Local ID
2018001864

903141089



| Unit | Driver's Name (Last, First, MI) |
|---|---|
| 1 | WILLIAMS, CHRISTOPHER, R |

Address (Street, City, State, Zip)
403 N I 45
ENNIS TX 75119

| Date of Birth | Age | Gender |
|---|---|---|
| 06/14/1969 | 48 | MALE |

| Driver's License # | Lic Type | CDL Class | Lic State |
|---|---|---|---|
| 35788705 | CD | | TX |

Apparent Physical Status: [x] Normal; [ ] Had Been Drinking; [ ] Handicapped; [ ] Ill; [ ] Asleep/Fatigued; [ ] Drugs/Medication; [ ] Unknown

Restrictions: [ ] Glasses/Contact Lenses; [ ] Employer's Vehicle Only; [ ] Outside Rearview Mirror; [ ] State-Owned Vehicles; [ ] Daylight Driving; [ ] PP Chauffeurs Taxi Only; [ ] Automatic Transmission; [ ] Power Steering; [ ] Special Controls; [ ] Special Restrictions; [ ] Employment Only; [ ] Probation DWI; [ ] Motorcycle Only; [ ] Probation HTO; [ ] To/From Employment; [x] None

Test Given: NONE
Type Given: [ ] Blood [ ] Urine [ ] Breath [ ] SFST [ ] PBT

Alcohol Results: PBT / Certified Test / [ ] Pending
Drug Results:

| Veh# | Color | Vehicle Year | Make | Model | Style |
|---|---|---|---|---|---|
| 1 | WHI | 2019 | VOLVO | VNL 760 | PD |

| # Occupants | Lic Year | License # | License State |
|---|---|---|---|
| 1 | 2019 | 3BP062 | OK |

| # Axles | Speed Limit | Insured By | Phone Number |
|---|---|---|---|
| 3 | 25 | SAFE FLEET INSURANCE | 4044431005 |

Vehicle Identification#
4V4NC9EH5KN195202

Registered Owner's Name (Last, First, MI) [ ] Same as Driver
STAN KOCH AND SONS TRK

Address (Street, City, State, Zip)
4200 DAHLBERG DR
GOLDEN VALLEY MN 55422

| Towed? | To / By | Due to Disabling Damage |
|---|---|---|
| YES | To JIMS GARAGE / By JIMS GARAGE | YES |

| | Lic State | Lic Year | Registered Owner's Name (Last, First, MI) [ ] Same as Driver |
|---|---|---|---|
| 1a | OK | 2016 | STAN KOCH AND SONS TRK INC. |

License#: 2215LE
Address (Street, City, State, Zip): 4200 DAHLBERG DR, GOLDEN VALLEY MN 55422

| Veh Year | Make |
|---|---|
| 2016 | VOLVO |

| | Lic State | Lic Year | Registered Owner's Name (Last, First, MI) [ ] Same as Driver |
|---|---|---|---|
| | | | |

License#:
Address (Street, City, State, Zip):

| Veh Year | Make |
|---|---|
| | |

Commercial Vehicle: Carrier's Name and Address
1 STAN KOCH AND SONS TRUCKING INC
4200 DAHLERG DR
MINNEAPOLIS MN 55422

| HAZMAT Proper Shipping Name: | State DOT# |
|---|---|
| | 195202 |

| US DOT# | ICC# | CMV Inspection | If Yes |
|---|---|---|---|
| 0000146060 | | NO | |

| Gross Vehicle Weight Rating | Cargo Body Type |
|---|---|
| 26,001# OR MORE | VAN/ENCLOSED BOX |

| HAZMAT Placard | HAZMAT Release of Cargo | HAZMAT 4-Digit ID# | Hazzard Class # |
|---|---|---|---|
| NO | NO | | |

Safety Equipment Used
LAP + HARNESS

Safety Equipment Effective?
YES

Ejection/Trapped
NOT EJECTED OR TRAPPED

| EMS No. | Immed Attn | Driver Injury Status |
|---|---|---|
| | NO | |

Nature of Most Severe Injury

Location of Most Severe Injury

If Cited?: [x] Infraction; [ ] Misdemeanor; [ ] Felony
IC Codes: 9-21-8-32

Initial Impact Area: [ ] Undercarriage; [ ] Trailer; [ ] None; [ ] Unknown
(Diagram Front–Rear: front row middle box checked)

Areas Damaged (Multiples): [ ] Undercarriage; [ ] Trailer; [ ] None; [ ] Unknown
(Diagram Front–Rear: all three front boxes checked)

Vehicle Use
COMMERCIAL(TAXIS,COMMON,CONTRACT)

| Emergency Run? | Fire? |
|---|---|
| NO | NO |

Vehicle Type
TRACTOR/ONE SEMI TRAILER

Pre-Crash Vehicle Action
GOING STRAIGHT

Direction of Travel
WEST

Type of Primary/Secondary Roadway
- [ ] One Way Road
- [x] Two Lanes - Two Way
- [ ] One Lane - One Way
- [ ] Multi-Lane Divided (3 or more) - Two Way
- [ ] Two Lanes - One Way
- [ ] Multi-Lane Undivided Two Way Left Turn
- [ ] Multi-Lanes (3 or more) - One Way
- [ ] Multi-Lane Undivided (3 or more) - Two Way
- [ ] Multi-Lane w/ Grass Median Only
- [ ] Multi-Lane w/ Concrete Barrier
- [ ] Multi-Lane w/ Center Turn Lane
- [ ] Multi-Lane w/ Metal Guardrail Median
- [ ] Multi-Lane w/ Curb Raised Median
- [ ] Private Drive
- [ ] Alley
- [ ] Multi-Lane w/ Cable Barrier
- [ ] Ramp

Event Collision With
1. ANOTHER MOTOR VEHICLE

Official copy obtained through BuyCrash.com

UNIT INFORMATION

Local ID: 2018001864

903141089



| Field | Value |
|---|---|
| Unit | 2 |
| Driver's Name (Last, First, MI) | DAVIS, TRACY, J |
| Address (Street, City, State, Zip) | 2299 HOPKINS DR, WEST LAFAYETTE IN 47906 |
| Date of Birth | 11/24/1988 |
| Age | 29 |
| Gender | FEMALE |
| Driver's License # | 0771407428 |
| Lic Type | OP |
| CDL Class | |
| Lic State | IN |
| Safety Equipment Used | LAP + HARNESS |
| Safety Equipment Effective? | YES |
| Ejection/Trapped | NOT EJECTED OR TRAPPED |
| EMS No. | |
| Immed Attn | YES |
| Driver Injury Status | NON-INCAPACITATING - TREATED AT |
| Nature of Most Severe Injury | CONTUSION/BRUISE |
| Location of Most Severe Injury | KNEE/LOWER LEG/FOOT |

Apparent Physical Status: [x] Normal [ ] Had Been Drinking [ ] Handicapped [ ] Ill [ ] Asleep/Fatigued [ ] Drugs/Medication [ ] Unknown

Restrictions: [ ] Glasses/Contact Lenses [ ] Outside Rearview Mirror [ ] Daylight Driving [ ] Automatic Transmission [ ] Special Controls [ ] Employment Only [ ] Motorcycle Only [ ] To/From Employment [ ] Employer's Vehicle Only [ ] State-Owned Vehicles [ ] PP Chauffeurs Taxi Only [ ] Power Steering [ ] Special Restrictions [ ] Probation DWI [ ] Probation HTO [x] None

If Cited?: [ ] Infraction [ ] Misdemeanor [ ] Felony

IC Codes:

Test Given: NONE

Type Given: [ ] Blood [ ] Urine [ ] Breath [ ] SFST [ ] PBT

Alcohol Results — PBT: Certified Test: [ ] Pending

Drug Results:

| Veh# | Color | Vehicle Year | Make | Model | Style |
|---|---|---|---|---|---|
| 2 | SIL | 2008 | FORD | EDGE | UT |

| # Occupants | Lic Year | License # | License State |
|---|---|---|---|
| 1 | 2019 | 644TL | IN |

| # Axles | Speed Limit | Insured By | Phone Number |
|---|---|---|---|
| 2 | 25 | USAA INSURANCE | 0000000000 |

Vehicle Identification#: 2FMDK49C68BB08435

Registered Owner's Name (Last, First, MI): DAVIS, TRACY, J [ ] Same as Driver

Address (Street, City, State, Zip): 2299 HOPKINS DR, WEST LAFAYETTE IN 47906

| Towed? | To | By | Due to Disabling Damage |
|---|---|---|---|
| YES | JIMS GARAGE | JIMS GARAGE | YES |

Initial Impact Area: [ ] Undercarriage [ ] Trailer [ ] None [ ] Unknown — Front/Rear diagram: middle column, bottom row checked

Areas Damaged (Multiples): [ ] Undercarriage [ ] Trailer [ ] None [ ] Unknown — Front/Rear diagram: bottom row, all three checked

Vehicle Use: PERSONAL (FARM, COMPANY)

Emergency Run?: NO

Fire?: NO

Trailer 1 — Lic State: Lic Year: Registered Owner's Name (Last, First, MI): [ ] Same as Driver; License#: Address (Street, City, State, Zip): Veh Year: Make:

Trailer 2 — Lic State: Lic Year: Registered Owner's Name (Last, First, MI): [ ] Same as Driver; License#: Address (Street, City, State, Zip): Veh Year: Make:

Vehicle Type: SPORT UTILITY VEHICLE

Pre-Crash Vehicle Action: TURNING LEFT

Direction of Travel: SOUTH

Type of Primary/Secondary Roadway: [ ] One Way Road [ ] One Lane - One Way [ ] Two Lanes - One Way [ ] Multi-Lanes (3 or more) - One Way [ ] Multi-Lane w/ Grass Median Only [ ] Multi-Lane w/ Center Turn Lane [ ] Multi-Lane w/ Curb Raised Median [ ] Multi-Lane w/ Cable Barrier [x] Two Lanes - Two Way [ ] Multi-Lane Divided (3 or more) - Two Way [ ] Multi-Lane Undivided Two Way Left Turn [ ] Multi-Lane Undivided (3 or more) - Two Way [ ] Multi-Lane w/ Concrete Barrier [ ] Multi-Lane w/ Metal Guardrail Median [ ] Private Drive [ ] Alley [ ] Ramp

Commercial Vehicle: Carrier's Name and Address:

HAZMAT Proper Shipping Name: State DOT#:

US DOT#: ICC#: CMV Inspection: If Yes:

Gross Vehicle Weight Rating: Cargo Body Type:

HAZMAT Placard: HAZMAT Release of Cargo: HAZMAT 4-Digit ID#: Hazzard Class #:

Event Collision With: 1. ANOTHER MOTOR VEHICLE

Official copy obtained through BuyCrash.c




Indicate North




Drawing Not To Scale.

Official copy obtained through BuyCrash.c